# EXHIBIT B

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended September 30, 2023

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number: 001-39030

# CERENCE INC.

(Exact name of Registrant as specified in its Charter)

| | |
|---|---|
| **Delaware** | **83-4177087** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1 Burlington Woods Drive, Suite 301A** | |
| **Burlington, Massachusetts** | **01803** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (857) 362-7300**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, par value $0.01 per share | CRNC | The Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES ☒ NO ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. YES ☐ NO ☒

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). YES ☒ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of these error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Act). YES ☐ NO ☒

**PART IV**

**Item 15. Exhibits, Financial Statement Schedules.**

(a) The following documents are filed as a part of this Report:

    (1) All Financial Statements— See <u>Index to Financial Statements</u> in Item 8 of this Report;

    (2) Financial Statement Schedules — All schedules have been omitted as the requested information is inapplicable or the information is presented in the financial statements or related notes included as part of this Report.

    (3) Exhibits — See Item 15(b) of this Report below.

(b) Exhibits.

**EXHIBIT INDEX**

106

| Exhibit Index # | Exhibit Description | Filed Herewith | Incorporated by Reference ||| Filing Date |
|---|---|---|---|---|---|---|
| | | | Form | File No. | Exhibit | |
| 2.1 | Separation and Distribution Agreement between Nuance Communications, Inc. and Cerence Inc. | | 8-K | 001-39030 | 2.1 | October 2, 2019 |
| 3.1 | Amended and Restated Certificate of Incorporation of Cerence Inc. | | 8-K | 001-39030 | 3.1 | October 2, 2019 |
| 3.2 | Second Amended and Restated By-laws of Cerence Inc. | | 8-K | 001-39030 | 3.1 | May 4, 2023 |
| 4.1 | Indenture, dated as of June 2, 2020, between Cerence Inc. and U.S. Bank, National Association, as Trustee. | | 8-K | 001-39030 | 4.1 | June 2, 2020 |
| 4.2 | Form of Global Note, representing Cerence Inc.'s 3.00% Convertible Senior Notes due 2025 (included as Exhibit A to the Indenture filed as Exhibit 4.1). | | 8-K | 001-39030 | 4.1 | June 2, 2020 |
| 4.3 | Description of Registrant's Securities | X | | | | |
| 4.4 | Indenture, dated as of June 26, 2023, by and between Cerence Inc. and U.S. Bank Trust Company, National Association, as Trustee. | | 8-K | 001-39030 | 4.1 | June 26, 2023 |
| 4.5 | Form of Global Note, representing Cerence Inc.'s 1.50% Convertible Senior Notes due 2028 (included as Exhibit A to the Indenture filed as Exhibit 4.1). | | 8-K | 001-39030 | 4.2 | June 26. 2023 |
| 10.1 | Tax Matters Agreement between Nuance Communications, Inc. and Cerence Inc. | | 8-K | 001-39030 | 10.1 | October 2, 2019 |
| 10.2 | Transition Services Agreement between Nuance Communications, Inc. and Cerence Operating Company | | 8-K | 001-39030 | 10.2 | October 2, 2019 |
| 10.3 | Employee Matters Agreement between Nuance Communications, Inc. and Cerence Inc. | | 8-K | 001-39030 | 10.3 | October 2, 2019 |
| 10.4 | Intellectual Property Agreement between Nuance Communications, Inc. and Cerence Inc. | | 8-K | 001-39030 | 10.4 | October 2, 2019 |
| 10.5 | Transitional Trademark License Agreement between Nuance Communications, Inc. and Cerence Inc. | | 8-K | 001-39030 | 10.5 | October 2, 2019 |
| 10.6† | Cerence 2019 Equity Incentive Plan | | S-8 | 333-234040 | 4.3 | October 2, 2019 |
| 10.7† | Cerence 2019 Employee Stock Purchase Plan | | S-8 | 333-234040 | 4.6 | October 2, 2019 |
| 10.8† | Form of Change of Control and Severance Agreement - NEO | | 10-K | 001-39030 | 10.14 | December 19, 2020 |
| 10.9 | Indemnification Agreement | | 10-K | 001-39030 | 10.15 | December 19, 2020 |
| 10.10† | Restricted Stock Unit Award Agreement | | 10-K | 001-39030 | 10.13 | November 19, 2020 |
| 10.11† | Performance-Based Restricted Stock Unit Award Agreement | | 10-K | 001-39030 | 10.14 | November 19, 2020 |
| 10.12 | Credit Agreement, dated June 12, 2020, by and between Cerence Inc., the lenders and issuing banks party thereto and Wells Fargo Bank, N.A., as administrative agent. | | 8-K | 001-39030 | 10.1 | June 17, 2020 |
| 10.13 | Subsidiary Guarantee Agreement, dated June 12, 2020, by and between certain domestic subsidiaries of Cerence, as subsidiary guarantors, and Wells Fargo Bank, N.A., as administrative agent. | | 8-K | 001-39030 | 10.2 | June 17, 2020 |
| 10.14 | Collateral Agreement, dated June 12, 2020, by and between Cerence Inc. and certain subsidiaries of Cerence, as pledgors, and Wells Fargo Bank, N.A., as collateral agent. | | 8-K | 001-39030 | 10.3 | June 17, 2020 |

| | | | | | |
|---|---|---|---|---|---|
| 10.15† | Amendment No. 1 to Cerence 2019 Equity Incentive Plan | 10-K | 001-39030 | 10.18 | November 19, 2020 |

107

| | | | | | |
|---|---|---|---|---|---|
| 10.16 | Amendment No. 1, dated as of December 17, 2020, by and among Cerence Inc., the lenders and issuing banks party thereto and Wells Fargo Bank, N.A., as administrative agent | | 8-K | 001-39030 | 10.1 | December 21, 2020 |
| 10.17† | CEO Change of Control and Severance Agreement | | 10-Q | 001-39030 | 10.2 | February 8, 2021 |
| 10.18† | Offer Letter, dated December 14, 2021, by and between Cerence Inc. and Stefan Ortmanns | | 8-K | 001-39030 | 10.1 | December 15, 2021 |
| 10.19† | Offer Letter, dated May 4, 2022, by and between Cerence Inc. and Thomas Beaudoin | | 10-Q | 001-39030 | 10.1 | August 9, 2022 |
| 10.20† | Change of Control and Severance Agreement, effective as of May 5, 2022, by and between Cerence Inc. and Thomas Beaudoin | | 10-Q | 001-39030 | 10.2 | August 9, 2022 |
| 10.21† | Change of Control Equity Acceleration Agreement, effective as of June 19, 2022, by and between Cerence Inc. and Stefan Ortmanns | | 8-K | 001-39030 | 10.1 | June 24, 2022 |
| 10.22† | Change of Control and Severance Agreement, effective as of June 21, 2022, by and between Cerence GmbH and Stefan Ortmanns | | 8-K | 001-39030 | 10.2 | June 24, 2022 |
| 10.23 | Amendment No. 2 to Credit Agreement, dated as of June 12, 2020, by and among Cerence Inc., the lenders and issuing banks party thereto and Wells Fargo Bank, N.A., as administrative agent | | 10-K | 001-39030 | 10.31 | November 29, 2022 |
| 10.24† | Offer Letter, dated April 21, 2023, by and between Cerence Inc. and Iqbal Arshad | X | | | | |
| 10.25† | Change of Control and Severance Agreement, effective as of April 28, 2023, by and between Cerence Inc. and Iqbal Arshad | X | | | | |
| 10.26† | Transitional Service and Advisory Agreement by and between Cerence Inc. and Prateek Kathpal | | 10-Q | 001-39030 | 10.1 | May 9, 2023 |
| 21.1 | Subsidiaries of the Registrant | X | | | | |
| 23.1 | Consent of BDO USA, P.C., Independent Registered Public Accounting Firm. | X | | | | |
| 24.1 | Power of Attorney (including in signature pages hereto) | X | | | | |
| 31.1 | Certification of Principal Executive Officer Pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | X | | | | |
| 31.2 | Certification of Principal Financial Officer Pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | X | | | | |
| 32.1* | Certification of Principal Executive Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | |
| 32.2* | Certification of Principal Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | |
| 101.INS | Inline XBRL Instance Document | X | | | | |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document. | X | | | | |

| | | |
|---|---|---|
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document. | X |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document. | X |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document. | X |

108

| | | |
|---|---|---|
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document. | X |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL with applicable taxonomy extension information contained in Exhibits 101.*) | X |

†     Management contract or compensatory plan or arrangement
*     Furnished herewith.

**Item 16. Form 10-K Summary**

    None.

109

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this Report to be signed on its behalf by the undersigned, thereunto duly authorized.

CERENCE INC.

| | | |
|---|---|---|
| Date: November 29, 2023 | By: | /s/ Stefan Ortmanns |
| | | Stefan Ortmanns |
| | | Chief Executive Officer |
| | | *(Principal Executive Officer)* |

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each individual whose signature appears below constitutes and appoints each of Stefan Ortmanns and Thomas L. Beaudoin, acting singly, his true and lawful agent, proxy and attorneys-in-fact, each with full power of substitution and resubstitution, for him and in his name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K and to file the same with all exhibits thereto, and all documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully to all intents and purposes as he might or could do in person, and hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or their or his substitute or substitutes, may lawfully do or cause to be done by virtue hereof. This power of attorney may be executed in counterparts.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ Stefan Ortmanns<br>Stefan Ortmanns | Chief Executive Officer and Director<br>*(Principal Executive Officer)* | November 29, 2023 |
| /s/ Thomas L. Beaudoin<br>Thomas L. Beaudoin | Chief Financial Officer and Director<br>*(Principal Financial Officer and Principal Accounting Officer)* | November 29, 2023 |
| /s/ Arun Sarin<br>Arun Sarin | Chairman of the Board | November 29, 2023 |
| /s/ Marianne Budnik<br>Marianne Budnik | Director | November 29, 2023 |
| /s/ Sanjay Jha<br>Sanjay Jha | Director | November 29, 2023 |
| /s/ Kristi Ann Matus<br>Kristi Ann Matus | Director | November 29, 2023 |
| /s/ Alfred Nietzel<br>Alfred Nietzel | Director | November 29, 2023 |
| /s/ Marcy Klevorn<br>Marcy Klevorn | Director | November 29, 2023 |
| /s/ Doug Davis<br>Doug Davis | Director | November 29, 2023 |